# ATTACHMENT G



**Certificate of Medical Exemption for COVID-19 Immunization Requirement**

| Todd | Zywicki | ▉▉/1966 | G#00007223 |
|---|---|---|---|
| Legal First Name | Legal Last Name | Date of Birth | G# (if applicable) |

The above named individual should be exempt from the COVID-19 vaccine as administration of the immunizing agents may be detrimental to this individual's health.

[X] **Medical Diagnosis:** Acquired Pre-existing Immunity to SARS-CoV-2

[ ] **Pregnancy EDC (if applicable):**

**Additional Information:**

Professor Zywicki has established acquired Immunity to COVID-19. This COVID-19 Vaccine exemption is medically warranted on the basis of lack of medical necessity and the possibility of harm in the absence of a reasonable likelihood of added benefit to him or his community from an unnecessary vaccination.

HOOMAN NOORCHASHM MD/PhD
Medical Provider Printed Name and Title
NPI: 1053463885

215-593-0596
Medical Provider Phone Number

[signature]
Medical Provider Signature

7/23/21
Date

Updated 06/2021