# ATTACHMENT I

**COVID Documentation Upload Reminder**

George Mason HR <vaccine@gmu.edu>
Mon 8/2/2021 3:00 PM

**To:** Todd J Zywicki <tzywick2@gmu.edu>



#PatriotsThisIsOurShot

Dear Todd,

The university's requirement regarding COVID vaccinations, an important and necessary part of our Safe Return to Campus Plan, will help to assure the health of all members of the Mason community.

**Our records indicate that you have not yet posted your proof of Covid-19 vaccination, nor is there an approved exemption, on the university's Medicat portal site.**

In order for you to comply, you must immediately **post your proof of vaccination** or have an approved exception in Medicat.  You can find **step-by-step instructions for upload (PDF)** and **information on pathways to compliance** on the Safety, Emergency, and Enterprise Risk Management website.

Should you not provide this documentation by August 16, 2021, you will be out of compliance with this requirement and subject to disciplinary action, which can lead to being placed on unpaid administrative leave or eventual termination of employment.

If you believe you are compliant with this requirement and have received this note in error, review the **pathways to compliance website** or email vaccine@gmu.edu.

Please refer to the university's **Safe Return To Campus website** for additional information on our approach to and management of COVID-19.

Please remember that everyone must do their part to ensure that we maintain a healthy and safe working and learning environment.

We appreciate your compliance with this requirement to help keep our campus safe.

Best regards,
George Mason Human Resources

Vaccine Documentation Upload

## STOP THE SPREAD OF COVID-19







Take the Mason COVID Health ☑™ daily | Stay home and get tested if you feel sick | Wear a face covering | Practice physical distancing | Wash your hands

For information about Mason's public health and safety plans visit Mason's Safe Return to Campus website and please remember, if your plans change and you will come to campus, visit HealthCheck.gmu.edu to complete the Mason COVID Health Check ™ before visiting campus.

| Mason COVID Health Check | Safe Return to Campus Website | Safe Return to Campus FAQs | Basic Health and Safety Protocols |

Share this email:

   

**Manage** your preferences | **Opt out** using **TrueRemove**™
Got this as a forward? **Sign up** to receive our future emails.

View this email **online**.

4400 University Dr
Fairfax, VA | 22030 US

[tzywick2@gmu.edu]This email was sent to tzywick2@gmu.edu.
*To continue receiving our emails, add us to your address book.*