# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **PROFESSOR TODD ZYWICKI,** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) Case No. 1:21-cv-896-TSE-MSN |
| **GREGORY WASHINGTON**, *et al.* | ) ) ) ) |
| *Defendants*. | ) |

## REQUEST FOR SUMMONSES

NOW COMES the Plaintiff, Professor Todd Zywicki, by and through undersigned counsel, and requests that summonses issue in this matter. Proposed summonses for each defendant are attached hereto.

Respectfully submitted this the 5th day of August, 2021,

/s/ Matthew D. Hardin
Matthew D. Hardin, VSB #87482
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone: 202-802-1948
Email: HardinLawPLLC@icloud.com

*Local Counsel for the Plaintiff*

/s/Jenin Younes
Jenin Younes*
Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
jenin.younes@ncla.legal
* Admitted only in New York. DC practice limited to matters and proceedings before United States courts and agencies. Practicing under members of the District of Columbia Bar.

*Attorney for Plaintiff*
*Pro hac vice application pending*