AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki

*Plaintiff(s)*

v.

Gregory Washington, in his official capacity as President of George Mason University, et al.

*Defendant(s)*

Civil Action No. 1:21-cv-00894

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gregory Washington, in his official capacity as President of George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jenin Younes
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-00894
)
Gregory Washington, in his official capacity as )
President of George Mason University, et al. )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James W. Hazel, in his official capacity as Rector of the Board of Visitors George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jenin Younes                          Matthew D. Hardin
New Civil Liberties Alliance          Hardin Law Office
1225 19th Street NW, Suite 450        1725 I Street NW, Suite 300
Washington, DC 20036                  Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-00894
)
Gregory Washington, in his official capacity as )
President of George Mason University, et al. )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Horace Blackman, in his official capacity as Vice Rector of the Board of Visitors George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jenin Younes                            Matthew D. Hardin
New Civil Liberties Alliance            Hardin Law Office
1225 19th Street NW, Suite 450          1725 I Street NW, Suite 300
Washington, DC 20036                    Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____         _____
                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-00894
)
Gregory Washington, in his official capacity as )
President of George Mason University, et al. )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Simmi Bhuller, in her official capacity as Secretary of the Board of Visitors George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jenin Younes                        Matthew D. Hardin
New Civil Liberties Alliance          Hardin Law Office
1225 19th Street NW, Suite 450        1725 I Street NW, Suite 300
Washington, DC 20036                  Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-00894
)
Gregory Washington, in his official capacity as )
President of George Mason University, et al. )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Farris, in his official capacity as Executive Director, Safety & Emergency Management
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jenin Younes                              Matthew D. Hardin
New Civil Liberties Alliance             Hardin Law Office
1225 19th Street NW, Suite 450      1725 I Street NW, Suite 300
Washington, DC 20036                    Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                                              _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-00894
)
Gregory Washington, in his official capacity as )
President of George Mason University, et al. )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Julie Zobel, in her official capacity as Assistant Vice President Safety and Emergency Management George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jenin Younes  Matthew D. Hardin
New Civil Liberties Alliance  Hardin Law Office
1225 19th Street NW, Suite 450  1725 I Street NW, Suite 300
Washington, DC 20036  Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____  _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki

*Plaintiff(s)*

v.

Gregory Washington, in his official capacity as President of George Mason University, et al

*Defendant(s)*

Civil Action No. 1:21-cv-00894

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anjan Chimaladinne, in his official capacity as a Member of the Board of Visitors
George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jenin Younes
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki
)
)
)
)
)
*Plaintiff(s)*
)
v.  )  Civil Action No. 1:21-cv-00894
)
Gregory Washington, in his official capacity as President of George Mason University, et al.
)
)
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Juan Carlos Iturregui, in his official capacity as a Member of the Board of Visitors
George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jenin Younes
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Professor Todd Zywicki )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-00894
)
Gregory Washington, in his official capacity as )
President of George Mason University, et al. )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mehmood Kazmi, in his official capacity as a Member of the Board of Visitors George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jenin Younes                          Matthew D. Hardin
New Civil Liberties Alliance          Hardin Law Office
1225 19th Street NW, Suite 450        1725 I Street NW, Suite 300
Washington, DC 20036                  Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki

*Plaintiff(s)*

v.

Gregory Washington, in his official capacity as President of George Mason University, et al

*Defendant(s)*

Civil Action No. 1:21-cv-00894

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wendy Marquez, in her official capacity as a Member of the Board of Visitors
George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jenin Younes
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-00894
Gregory Washington, in his official capacity as )
President of George Mason University, et al )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ignacia S. Moreno, in her official capacity as a Member of the Board of Visitors
George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jenin Younes                Matthew D. Hardin
New Civil Liberties Alliance    Hardin Law Office
1225 19th Street NW, Suite 450  1725 I Street NW, Suite 300
Washington, DC 20036            Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki

*Plaintiff(s)*

v.

Gregory Washington, in his official capacity as President of George Mason University, et al

*Defendant(s)*

Civil Action No. 1:21-cv-00894

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carolyn Moss, in her official capacity as a Member of the Board of Visitors
George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jenin Younes
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Professor Todd Zywicki

*Plaintiff(s)*

v.

Gregory Washington, in his official capacity as President of George Mason University, et al

*Defendant(s)*

Civil Action No. 1:21-cv-00894

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dolly Oberoi, in her official capacity as a Member of the Board of Visitors
George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jenin Younes                            Matthew D. Hardin
New Civil Liberties Alliance         Hardin Law Office
1225 19th Street NW, Suite 450    1725 I Street NW, Suite 300
Washington, DC 20036               Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____           _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Professor Todd Zywicki )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-00894
)
Gregory Washington, in his official capacity as )
President of George Mason University, et al. )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jon Peterson, in his official capacity as a Member of the Board of Visitors
George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jenin Younes                          Matthew D. Hardin
New Civil Liberties Alliance          Hardin Law Office
1225 19th Street NW, Suite 450        1725 I Street NW, Suite 300
Washington, DC 20036                  Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____      _____
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-00894
Gregory Washington, in his official capacity as )
President of George Mason University, et al )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nancy Gibson Prowitt, in her official capacity as a Member of the Board of Visitors
George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jenin Younes                              Matthew D. Hardin
New Civil Liberties Alliance          Hardin Law Office
1225 19th Street NW, Suite 450    1725 I Street NW, Suite 300
Washington, DC 20036                 Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki

*Plaintiff(s)*

v.   Civil Action No. 1:21-cv-00894

Gregory Washington, in his official capacity as President of George Mason University, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Paul J. Reagan, in his official capacity as a Member of the Board of Visitors
George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jenin Younes
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

Professor Todd Zywicki

*Plaintiff(s)*

v.

Gregory Washington, in his official capacity as President of George Mason University, et al

*Defendant(s)*

Civil Action No. 1:21-cv-00894

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Edward J. Rice, in his official capacity as a Member of the Board of Visitors
George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jenin Younes
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki

*Plaintiff(s)*

v.

Gregory Washington, in his official capacity as President of George Mason University, et al

*Defendant(s)*

Civil Action No. 1:21-cv-00894

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Denise Turner Roth, in her official capacity as a Member of the Board of Visitors
George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jenin Younes
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Professor Todd Zywicki )
)
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-00894
)
Gregory Washington, in his official capacity as )
President of George Mason University, et al )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bob Witeck, in his official capacity as a Member of the Board of Visitors
George Mason University
c/o George Mason University Office of University Counsel
4400 University Drive
MS 2A3
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jenin Younes                        Matthew D. Hardin
New Civil Liberties Alliance        Hardin Law Office
1225 19th Street NW, Suite 450      1725 I Street NW, Suite 300
Washington, DC 20036                Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                    *Signature of Clerk or Deputy Clerk*