IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TODD ZYWICKI,<br><br>*Plaintiff*,<br><br>v.<br><br>GREGORY G. WASHINGTON, *et al.*,<br><br>*Defendants*. | HON. ANTHONY J. TRENGA, U.S.D.J.<br>HON. MICHAEL S. NACHMANOFF, U.S.M.J.<br><br>Civil Action No.<br>1:21-cv-00894-AJT-MSN |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff hereby gives this notice of his dismissal without prejudice of his Complaint filed on August 3, 2021. (Dkt. #1). No prior dismissal based on the same claim has occurred. *See id.* 41(a)(1)(B). Nor have Defendants served an answer or a motion for summary judgment on Plaintiff. *See id.* 41(a)(1)(A)(i).

Pursuant to Rule 41(a)(1)(A)(i), no court order is required for this Notice of Dismissal Without Prejudice to become effective.

Dated: August 20, 2021

                                                Respectfully Submitted,

                                                */s/ Matthew Hardin*
                                                Matthew D. Hardin (VSB #87482)
                                                HARDIN LAW OFFICE
                                                1725 I Street NW, Suite 300
                                                Washington, DC 20006
                                                Telephone: 202-802-1948
                                                Email: HardinLawPLLC@icloud.com

<u>/s/ Jenin Younes</u>
Jenin Younes
Attorney for Plaintiff
Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
jenin.younes@ncla.legal
*Pro hac vice*
\* Admitted only in New York. DC practice limited to matters and proceedings before United States courts and agencies. Practicing under members of the District of Columbia Bar.

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 20, 2021, I electronically filed the foregoing Notice of Dismissal with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                /s/ *Matthew Hardin*
                _____
                MATTHEW HARDIN (VSB #87482)